IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WOKCHOW DEVELOPMENT, LLC, )
)
    Plaintiff, )
)    NO. 3:18-cv-01142
v. )    JUDGE RICHARDSON
)
DOORDASH, INC., )
)
    Defendant. )

## ORDER

The parties have notified the Court that they have reached a settlement in principle and that they expect to formalize their agreement over the next 30 days. (Doc. No. 33.) The parties also request a continuance of all deadlines for thirty days while they formalize their settlement in principle. The Court **GRANTS** the parties request for a continuance and **CONTINUES** all deadlines in the case for 30 days. The parties shall file a Stipulation of Dismissal or otherwise inform the Court of the status of the case within 45 days from the entry of this Order.

    IT IS SO ORDERED.


_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE