| | |
|---|---|
| WOKCHOW DEVELOPMENT, LLC, on behalf of itself and all others similarly situated,<br><br>          **Plaintiff,**<br><br>   **v.**<br><br>**DOORDASH, INC.,**<br><br>          **Defendant.** | )<br>)<br>)<br>)<br>)<br>)  **Case No.: 3:18-cv-01142**<br>)  **JUDGE RICHARDSON**<br>)  **MAGISTRATE JUDGE FRENSLEY**<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

Come now Plaintiff WOKCHOW DEVELOPMENT, LLC and Defendant DOORDASH, INC. (collectively, the "Parties"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) file this Joint Stipulation of Dismissal, hereby dismissing all claims of Plaintiff and Defendant with prejudice and all claims of the putative class or classes without prejudice. The Parties shall bear their own fees and costs.

Respectfully submitted this 18th day of February, 2019.

/s/ E. Adam Webb
E. Adam Webb, admitted *pro hac vice*
WEBB, KLASE & LEMOND, LLC
1900 The Exchange, S.E., Suite 480
Atlanta, GA 30339
(770) 444-0773
adam@webbllc.com

William F. Burns, admitted *pro hac vice*
WATSON BURNS, PLLC
253 Adams Ave.
Memphis, TN 38103
(901) 529-7996
bburns@watsonburns.com

*Attorneys for Plaintiff,*
*WOKCHOW DEVELOPMENT, LLC*

/s/ Joseph C. Gratz
Ragesh K. Tangri, admitted *pro hac vice*
Joseph C. Gratz, admitted *pro hac vice*
Lauren E. Kapsky, admitted *pro hac vice*
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300
rtangri@durietangri.com
jgratz@durietangri.com
lkapsky@durietangri.com


Stephen J. Zralek (BPR No. 018971)
Maria Q. Campbell (BPR No. 033270)
BONE MCALLESTER NORTON PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
Telephone: 615-238-6300
Facsimile: 615-238-6301
szralek@bonelaw.com
mcampbell@bonelaw.com

*Attorneys for Defendant,*
*DOORDASH, INC*

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| WOKCHOW DEVELOPMENT, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOORDASH, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO. 3:18-cv-01142

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2019, the Joint Stipulation of Dismissal was served upon the following counsel of record via CM/ECF:

Ragesh K. Tangri
Joseph C. Gratz
Lauren E. Kapsky
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
rtangri@durietangri.com
jgratz@durietangri.com
lkapsky@durietangri.com

Stephen J. Zralek
Maria Q. Campbell
BONE MCALLESTER NORTON PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
szralek@bonelaw.com
mcampbell@bonelaw.com

DATED this 18th day of February, 2019.

*/s/ E. Adam Webb*
E. Adam Webb
